**David BAATZ, Appellant**

**v.**

**COMMONWEALTH of Pennsylvania, Board of Probation and Parole, Appellee**

**No. 27 MAP 2017**

Supreme Court of Pennsylvania.

Decided: January 18, 2018

## ORDER

PER CURIAM

**AND NOW,** this 18th day of January, 2018, the Order of the Commonwealth Court is hereby **AFFIRMED.**